JS-6
LINK: 16

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-00335 GAF (RCx) | Date | May 18, 2009 |
|---|---|---|---|
| Title | Sarkisyan et al. v. CIGNA Healthcare of California, Inc. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

### ORDER REMANDING CASE

On April 16, 2009, this Court dismissed with prejudice all of Plaintiffs' claims save for their claim of intentional infliction of emotional distress relating to events that allegedly occurred on October 29, 2008 at Defendants' headquarters in Philadelphia, Pennsylvania.  (4/16/2009 Order (Docket No. 16) at 15.)  The Court notified Plaintiffs that if they failed to file an amended complaint by May 11, 2009, the Court would remand this case to Los Angeles Superior Court.  (Id.)  As of the date of this Order, Plaintiffs have not yet filed an amended complaint.  Accordingly, the present action is hereby **REMANDED** to Los Angeles Superior Court pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED.**